UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA KAMRADT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ESURANCE INSURANCE COMPANY,<br><br>　　　　　Defendant. | CASE NO. 2:22-cv-01445-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Pursuant to LCR 7(h)(3), the Court DIRECTS Plaintiff to file a response to Defendant's Motion for Reconsideration (Dkt. No. 33).

(2) Plaintiff's response brief shall not exceed **2,100 words** and shall be filed no later than Wednesday, December 13, 2023, for the Court's consideration. No reply briefing is authorized.

(3) The noting date for Plaintiff's Motion for Reconsideration shall be reset to December 15, 2023.

Dated this 8th day of December 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2