1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11  REBECCA KAMRADT,

12              Plaintiff,

13      v.

14  ESURANCE INSURANCE COMPANY,

15              Defendant.

CASE NO. 2:22-cv-01445-TL

MINUTE ORDER

16

17  The following Minute Order is made at the direction of the Court, the Honorable Tana

18  Lin, United States District Judge:

19  (1) The Parties filed a stipulated motion to continue certain pre-trial dates with a

20      proposed amended case management schedule that changes the dispositive motion

21      deadline from February 8, 2024, to February 26, 2024. Dkt. No. 39. The Parties agree

22      that good cause exists to amend the schedule but "do not seek a trial continuance." *Id.*

23      at 1. Per the Court's order setting the trial date, the Court "will not decrease the

24      amount of time between the dispositive motion [] deadlines and the trial date unless

MINUTE ORDER - 1

1    the parties set forth an extraordinary basis for doing so. Any changes in the

2    dispositive motion [] deadlines will result in a change of the trial date." Dkt. No. 29

3    at 2-3; *see also* Standing Order at § III(A) ("Judge Lin will not decrease the amount

4    of time between the dispositive motion deadline and the trial date (*i.e.*, four months)

5    unless the Parties set forth an extraordinary basis for doing so."). Here, the Parties fail

6    to set forth an extraordinary basis for their proposed amended schedule.

7    (a) The Clerk is therefore directed to STRIKE the motion at Dkt. No. 39 as

8        procedurally deficient.

9    (b) The Court GRANTS the Parties leave to refile a stipulated motion that either sets

10        out an extraordinary basis for their proposed amended schedule, including any

11        dates for which they are unavailable for trial through 2024, or proposes an

12        amended trial schedule that complies with the Court's orders. The Parties are

13        welcome to contact Courtroom Deputy Clerk Kadya Peter at

14        Kadya_Peter@wawd.uscourts.gov to inquire as to the Court's availability prior to

15        proposing a new trial date, if necessary.

16    Dated this 4th day of January 2024.

17

18                                    Ravi Subramanian
                                      Clerk of the Court
19
                                      s/ Kadya Peter
20                                    Deputy Clerk

21

22

23

24

MINUTE ORDER - 2