**HONORABLE JUDGE TANA LIN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA KAMRADT, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ESURANCE INSURANCE COMPANY, an insurer,<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:22-cv-01445-TL<br><br>**ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF EXPERT**<br><br>**[Proposed]**<br><br>**[Clerk's Action Required]**<br><br>{NOTE ON MOTION CALENDAR: February 28, 2024} |

THIS MATTER has come before the Court on the parties' Stipulated Motion to Substitute Plaintiff's Expert. The Court has reviewed the court file and pleadings submitted, including:

1. The Parties' Stipulated Motion to Substitute Plaintiff's Expert.

Being fully advised on the issues, the Court FINDS and ORDERS the following:

1. The Parties' Stipulated Motion to Substitute Plaintiff's Expert is GRANTED without prejudice.

DONE this 28th day of February 2024.

　　　　　　　　　　　　　　　　_/s/ Tana Lin_
　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF EXPERT
**Case No. 2:22-cv-01445-TL**
Page 1 of 2

**Karl E. Malling, P.S.**
1429 Ave D, #167
Snohomish, WA 98290
T: 206-629-5240  F: (206)577-3843

Presented by:

KARL E. MALING, P.S.

s/*Karl E. Malling*
Karl E. Malling, WSBA #7047


CEDAR VIEW LAW, PLLC

s/*Heather N. Derenski*
Heather N. Derenski, WSBA No. 59366

*Attorneys for Plaintiff*

WILLIAMS, KASTNER & GIBBS PLLC

s/*Eliot M. Harris    by email authorization*
Eliot M. Harris, WSBA #36590

*Attorney for Defendant*

[PROPOSED] ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF EXPERT
**Case No. 2:22-cv-01445-TL**
Page 2 of 2

**Karl E. Maling, P.S.**
1429 Ave D, #167
Snohomish, WA 98290
T: 206-629-5240  F: (206)577-3843